MILBURN *et al.*, Plaintiffs in Error, v. HORTIZ, Defendant in Error.

1. The survey of the outboundary line of the town of St. Louis—the plat of which is commonly known as "Map X"—is not conclusive upon persons claiming title under confirmations by virtue of the first section of the act of Congress of June 13, 1812; said act is operative to confirm to individuals common field lots and outlots as well without as within the said outboundary line as established by said survey.

*Error to St. Louis Land Court.*

*Bates* and *Field*, for plaintiffs in error.

*Todd* and *Morehead*, for defendant in error.

Napton, Judge, delivered the opinion of the court.

The record in this case presents the single point touching the conclusiveness of the outboundary survey against any proof of common field lots, not embraced within it, and the case will therefore be disposed of in conformity to previous decisions on this point.   The judgment is affirmed.